EBNER, ADMR., *v.* WESTERN RESERVE LIFE INSURANCE COMPANY.

[No. 10,073. Filed December 19, 1918.]

From Pike Circuit Court; *John L. Bretz*, Judge.

Action between Western Reserve Life Insurance Company and Lawrence A. Ebner, administrator of the estate of Joseph L. Ebner, deceased. From the judgment rendered, Ebner appeals. *Affirmed.*

*L. E. Ritchey, Richardson & Taylor* and *Gardiner, Tharp & Gardiner,* for appellant.
*Orr & Clark, W. H. Hill* and *W. D. Curll,* for appellee.

CALDWELL, J.—This case is ruled by *Ebner, Admr., v. Ohio, etc., Ins. Co.* (1918), *ante* 32, 121 N. E. 315. On authority of that case the judgment is affirmed.

---

DUNLAP *v.* COCHRAN ET AL.

[No. 9,676. Filed January 25, 1919.]

From Jasper Circuit Court; *Charles W. Hanley*, Judge.

Action between Harry Cochran and others and John A. Dunlap. From the judgment rendered, the latter appeals. *Affirmed.*

*Emmet M. LaRue, W. H. Parkinson* and *George H. Williams,* for appellant.
*Moses Leopold* and *Cochran & Cochran,* for appellees.

PER CURIAM.—Judgment affirmed